AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

EASTERN __ DISTRICT OF __ LOUISIANA

```
                                    FILED
                              U.S. DISTRICT COURT
                              EASTERN DISTRICT OF LA

                              2000 NOV 21  PM 12: 13

                                 LORETTA G. WHYTE
                                      CLERK
```

UNITED STATES OF AMERICA

V.

COREY JOSEPH MAURICE

**WARRANT FOR ARREST**

CASE NUMBER: 00-254 T

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __COREY JOSEPH MAURICE__
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

knowingly and intentionally possess with intent to distribute cocaine base ("crack"), a Schedule II narcotic drug controlled substance,

in violation of Title __21__ United States Code, Section(s) __841(a)(1)__

LOUIS MOORE, JR.                         UNITED STATES MAGISTRATE JUDGE
Name of Issuing Officer                  Title of Issuing Officer

/s/ Louis Moore, Jr.                     Aug. 02, 2000 — New Orleans, La.
Signature of Issuing Officer             Date and Location

Bail fixed at $ _____  by _____
                                                    Fee _____
                                                    Process _____
                                              X    Name of Judicial Officer
                                                    CtRmDep _____
                                                    Doc. No. _____

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

EDLA

| DATE RECEIVED  | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| 8-02-2000      |                                     |                                |
| DATE OF ARREST | OUSM  J Klonowski                   | J Klonowski                    |
| 8-9-2000       |                                     |                                |

This form was electronically produced by Elite Federal Forms, Inc.