UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 00-254 |
| COREY JOSEPH MAURICE | SECTION "T" |

### ORDER OF RECUSAL

The undersigned, being cognizant of Title 28 Section 455(a) hereby recuses himself from CRIMINAL ACTION NO. 00-254 ' T.'

Accordingly,

**IT IS ORDERED** that the Honorable G. Thomas Porteous, Jr. be **RECUSED** and CRIMINAL ACTION NO. 00-254 ' T' be **REALLOTED**.

New Orleans, Louisiana, this 13TH day of March, 2008.

**REALLOTTED TO**

**SECT. R**

MAR 1 4 2008



G. THOMAS PORTEOUS, JR.
UNITED STATES DISTRICT JUDGE

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____