LAED 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| United States of America | )  |
| v. | ) |
| Corey Joseph Maurice | ) Case No: 2:00-cr-00254 |
| | ) USM No: |
| Date of Previous Judgment: 01/03/2001 | ) Virginia Schlueter |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 29 | Amended Offense Level: | 27 |
| Criminal History Category: | II | Criminal History Category: | II |
| Previous Guideline Range: | 120* to 121 months | Amended Guideline Range: | 120* months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

\* Defendant's original sentence was 120 months (Cts 1, 2, and 3 to run concurrently). Defendant's convictions for Counts 1, 2, and 3 (conspiracy to distribute more than 50 grams of cocaine base, distribution of more than 50 grams of cocaine base, and distribution of cocaine hydrochloride), carry 10 year mandatory minimum sentences. Accordingly, defendant's amended guideline range is restricted to 120 months.

Except as provided above, all provisions of the judgment dated 01/03/2001 shall remain in effect.

**IT IS SO ORDERED**.

Order Date: 03/18/2008

Judge's signature: *Sarah Vance*

Effective Date: 04/01/2008
(if different from order date)

SARAH S. VANCE, U.S. District Judge
Printed name and title